People ex rel. Pezzullo v Arteta
2026 NY Slip Op 03655
June 9, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, ex rel. Christopher Pezzullo, on behalf of Yashua T. Martin, petitioner,
v
Paul Arteta, etc., respondent.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on June 9, 2026
2026-04951
Cheryl E. Chambers, J.P.
Barry E. Warhit
Laurence L. Love
Susan Quirk, JJ.

Michael E. Davis, Goshen, NY (Christopher Pezzullo pro se of counsel), for petitioner.
David M. Hoovler, District Attorney, Goshen, NY (Andrew R. Kass and Robert C. McIver of counsel), for respondent.

[*1]
DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Yashua T. Martin upon his own recognizance upon Orange County Indictment Nos. 150/2026 and 70410/2026.
ADJUDGED that the writ is dismissed, without costs or disbursements.
Contrary to the petitioner's contention, Yashua T. Martin was charged with qualifying offenses under CPL 510.10(4)(t). Here, the People established that he was charged with a felony offense that "arose from conduct occurring" while he was released on his own recognizance on separate felony charges (CPL 510.10[4][t]). Accordingly, the charged crimes in this case were qualifying offenses under CPL 510.10(4)(t).
CHAMBERS, J.P., WARHIT, LOVE and QUIRK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court